# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>Trenee A. Turner<br>████████████<br><br>Defendant(s) | Case No. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of 10/18/2020 in the county of Prince George's in the District of Maryland, and on or about the date(s) of 11/6/2020 in the county of Anne Arundel in the District of Maryland, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 1382 | within the special territorial jurisdiction of the US, in the State and District of MD, by entering upon a military installation for a purpose prohibited by law or lawful regulation |
| Title 18 United States Code, Section 661 | within the special territorial jurisdiction of the US, in the State and District of MD, embezzle, steal, purloin, or knowingly convert to her own use, or the use of another, cell phones, of some value and belonging to Wireless Advocates, LLC located on Joint Base Andrews, Maryland |
| Title 18 United States Code, Section 661 | within the special territorial jurisdiction of the US, in the State and District of MD, embezzle, steal, purloin, or knowingly convert to her own use, or the use of another, cell phones, of some value and belonging to Wireless Advocates, LLC located on Naval Support Activity, Annapolis, Maryland |

This criminal complaint is based on these facts:

On or about 31 October 2020, on Joint Base Andrews, Maryland, Army and Air Force Exchange Service (AAFES) personnel contacted Security Forces Investigations to report a shoplifting incident that occurred at the Wireless Advocates, LLC kiosk located within AAFES. Loss Prevention personnel gave a statement to Security Forces Investigations personnel stating that Trenee Turner was observed exiting the facility without rendering proper payment for merchandise on 18 October 2020.

Additionally, on 6 November 2020, Loss Prevention personnel gave a statement to base police at the Naval Support Activity in Annapolis that Trenee Turner was observed exiting the Navy Exchange, Wireless Advocates, LLC kiosk without rendering property payment for merchandise from that facility.

Page 1 of 5

Second Page Criminal Complaint re: Trenee Turner, Case No: _____

I hereby certify that the above affidavit is true to the best of my knowledge and belief.

☒ Continued on the attached sheet.

_____
Complainant's signature

Benajah Colman Baker Counterintelligence NCIS
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/21/22

_____
Judge's signature

City and State: Joint Base Andrews, Maryland    C. Bruce Anderson, United States Magistrate Judge

Page 2 of 5